IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. FORD,<br><br>    Plaintiff,<br><br>v.<br><br><br>PROGRESSIVE SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION<br>NO. 21-4147 |

## ORDER

**AND NOW**, this 19th day of January 2024, upon consideration of the letter dated January 18, 2024 from James C. Haggerty, Esquire (Doc. No. 77), it is **ORDERED** that Plaintiff's Motion for Sanctions (Doc. No. 52) is **WITHDRAWN**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.