IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. FORD,

               Plaintiff,

    v.

PROGRESSIVE SPECIALTY
INSURANCE COMPANY,

               Defendant.

CIVIL ACTION
NO. 21-4147

## **ORDER**

**AND NOW**, this 5th day of March 2025, upon consideration of Plaintiff's Motion for Class Certification (Doc. No. 75), Defendant's Response in Opposition to Plaintiff's Motion for Class Certification (Doc. No. 86), Plaintiff's Supplemental Memorandum in Support of its Motion for Class Certification (Doc. No. 104), Defendant's Supplemental Memorandum in Opposition to Plaintiff's Motion for Class Certification (Doc. No. 105), the arguments of counsel for the parties at the hearing held on November 6, 2024 on the Motion, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion (Doc. No. 75) is **DENIED**.

BY THE COURT:

      /s/ Joel H. Slomsky, J.
      JOEL H. SLOMSKY, J